UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-8292-BER

UNITED STATES OF AMERICA,

vs.

DANIEL CRUZ,

    Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
MARTON GYIRES
ASSISTANT U.S. ATTORNEY
Court ID No.: A5501696
Southern District of Florida
500 South Australian Avenue, 4thFloor
West Palm Beach, FL 33401
Email: Marton.Gyires@usdoj.gov
Phone: 561-820-8711

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 24-8292-BER |
| Daniel Cruz, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 12-14, 2024__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 2113(a) | Bank robbery |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

FILED BY __TM__ D.C.
Jun 15, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

*Complainant's signature*

Gregory Hoffman, FBI Special Agent
*Printed name and title*

Attested to me by the applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

Date: 

Bruce E. Reinhart
Digitally signed by Bruce E. Reinhart
Date: 2024.06.15 17:48:05 -04'00'

*Judge's signature*

City and state:  West Palm Beach, FL           Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Gregory Hoffman, first being duly sworn, do hereby depose and state as follows:

1. I am currently a Special Agent with the Federal Bureau of Investigation and have been so employed since March 2016. Following an initial five-month training period at the FBI Academy in Quantico, Virginia, I was assigned to the Violent Crime Squad in the Palm Beach County Resident Agency where I have worked since August 15, 2016. I have been involved in the investigation of various criminal violations including traditional narcotics trafficking, Dark Web narcotics trafficking, bank robberies, interstate stalking, violent criminal gangs, and various other criminal violations.

2. Prior to working as an FBI agent, I worked as a prosecutor in the Nassau County District Attorney's Office for a period of approximately twenty-two months. Prior to that employment, I worked in multiple internships concerning criminal and civil law enforcement on behalf of various state and municipal governments in Virginia and New York.

3. This affidavit is based on your affiant's personal knowledge and on information provided to your affiant by other law enforcement officers and witnesses. Not all the facts known to me have been included in this affidavit, but only such facts as are necessary to support a finding of probable cause for the issuance of a criminal complaint charging defendant Daniel CRUZ with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

### PROBABLE CAUSE

4. On Wednesday, June 12, 2024, at 1238 hours, deputies with the Palm Beach County Sheriff's Office were summoned to 120 North Dixie Hwy in reference to a bank robbery at the Wells Fargo bank. An employee of the bank, WITNESS 1, called PBSO Communications and stated that someone came to the window and asked for all the money. WITNESS 1 described the suspect as a white or Hispanic male wearing dark clothing and a blue armband.

5. A PBSO detective responded to the Wells Fargo at 120 North Dixie Hwy and observed the following: At 1353 hours, the PBSO detective met with the victim, and WITNESS 2 who provided him with a sworn video statement. The statement was recorded using an assigned Axon Body Worn Camera (BWC). In summary, WITNESS 2 advised that he/she was working at the bank as a teller on window #3. WITNESS 2 noticed a Hispanic male later identified as Daniel CRUZ walk towards him/her as he/she was doing something on his/her computer. CRUZ got close to his/her window and told him/her to "open the drawer and give me the money." WITNESS 2 looked around and, per policy, attempted to walk away. CRUZ then raised his voice and told WITNESS 2 that if he/she did not give him the money, he would kill the customer behind him. WITNESS 2 advised there was a male behind the suspect asking for keys to the bathroom.

6. Due to this threat, WITNESS 2 opened the money drawer and gave CRUZ two one-hundred dollar bills that were next to the fifty dollar bills. CRUZ then demanded the fifty dollar bills as well. WITNESS 2 gave CRUZ the money through the small opening between the glass and the counter. CRUZ then exited and walked out of the south door of the bank. WITNESS 2 advised that at one point throughout the incident, he/she pressed the bank panic button. WITNESS 2 stated that the suspect kept putting his hand on his side as if he had a weapon but that WITNESS 2 never saw one. WITNES 2 described the suspect to be a white or Hispanic male, heavy set, bald, and unknown color clothing with a blue armband on his arm.

7. WITNESS 1 also later provided the PBSO Detective a sworn video statement. The statement was recorded using an assigned Axon Body Worn Camera (BWC). In summary, WITNESS 1 advised that he/she heard a noise and looked at WITNESS 2 who was pressing the panic button. WITNESS 1 heard the suspect demanding that WITNESS 2 open the drawer and told him/her to hurry up. WITNESS 1 then heard CRUZ say that he was going to hurt the branch manager. WITNESS 1 saw WITNESS 2 give CRUZ hundred-dollar bills and the suspect demanded 50s as well. WITNESS

1 then pressed his/her panic button. A later official count conducted by bank staff determined that CRUZ left the bank with approximately $1,000.00 in denominations of 2 one-hundred-dollar bills and 16 fifty-dollar bills.

8. The bank security staff provided PBSO investigators with photo stills, including ones of the suspect later identified as CRUZ and the vehicle he arrived in at/near the bank. Through further investigation, DANIEL CRUZ was identified as a possible suspect. CRUZ matched the suspect description in this case and has been previously arrested for robbery in the State of Florida, County of Palm Beach. 9. On Thursday, June 13, 2024, PBSO personnel produced three photo arrays containing the images of six similar looking in individuals. PBSO personnel used CRUZ's booking photo from a December 2023 arrest. Each photo array included photos of five unrelated similar looking individuals. Investigators presented the photo arrays to the witnesses in an empty office in the bank with a solid door and glass window. Cruz was placed in a different position on each of the arrays.

9. The first photo array was presented to WITNESS 1. WITNESS 1 was read the instructions and he/she signed the instructions to indicate he/she understood. Investigative personnel walked out of the office to allow WITNESS 1 to view the array. In less than a minute he/she called the investigative personnel back. WITNESS 1 identified the subject in position number 3 which was the position featuring CRUZ's photo.

10. The photo array was also presented to WITNESS 2. WITNESS 2 was read the instructions and indicated he/she understood by signed. Investigative personnel walked out of the office to allow WITNESS 2 to view the array. In less than a minute WITNESS 2 indicated he/she identified the suspect. WITNESS 2 identified the subject in position number 4 which was the position featuring CRUZ's photo.

11. A photo array was also presented to a third witness, WITNESS 3. WITNESS 3 was read the instructions and indicated he/she understood by signing. Investigative personnel walked out of the office to allow WITNESS 3 to view the array. In less than a minute he/she indicated they had identified the subject. WITNESS 3 identified the subject in position number 5 which was which was the position featuring CRUZ's photo.

12. On June 14, 2024, CRUZ was arrested on a Florida State arrest warrant. CRUZ was brought back to Palm Beach Sheriff's Office at Gun Club Road, West Palm Beach, Florida. CRUZ was seated in an interview room with your affiant, and three PBSO detectives. A PBSO detective read CRUZ his *Miranda* rights and CRUZ proceeded to provide a statement. Among other statements, CRUZ stated that he had robbed the Wells Fargo in Lake Worth on N. Dixie Highway on June 12, 2024, in order to pay off a drug debt. CRUZ stated that he threatened individuals in the bank in order to compel bank personnel to comply with his demands for money. CRUZ also provided additional statements regarding other instances of other bank robberies he had committed, which included the following four other incidents following the robbery on June 12:

a. CRUZ described robbing a bank on Congress Avenue on June 13, 2024. State and federal investigators were already aware of and pursuing an investigation into a June 13 bank robbery at Wells Fargo at 1662 Congress Avenue Palm Springs, FL – located in the Southern District of Florida – committed by an individual matching Cruz's physical description.

b. CRUZ described unsuccessfully attempting to rob a bank on Forest Hill Blvd. on June 14, 2024. State and federal investigators were already aware of and pursuing an investigation into a June 14 attempted bank robbery at PNC Bank located at 3989 Forest Hill Blvd. Palm Springs, FL – located in the Southern District of Florida – committed by an individual matching Cruz's physical description. PNC Bank is an FDIC insured bank.

    c. CRUZ described robbing a bank on Forest Hill Blvd. on June 14, 2024 shortly after his unsuccessful attempt. State and federal investigators were already aware of and pursuing an investigation into a June 14 bank robbery at Wells Fargo located at 4300 Forest Hill Blvd. Palm Springs, FL – located in the Southern District of Florida – committed by an individual matching Cruz's physical description.

    d. CRUZ described robbing a bank on Jog Rd. later on June 14, 2024. State and federal investigators were already aware of and pursuing an investigation into a June 14 bank robbery at Truist Bank located at 4148 Jog Rd. Greenacres, FL – located in the Southern District of Florida – committed by an individual matching Cruz's physical description. Truist Bank is an FDIC insured bank.

  13. Wells Fargo is an FDIC insured banking institution. The Wells Fargo bank robbed by CRUZ is located within the Southern District of Florida.

  14. Based on the facts outlined above, your affiant believes there is a probable cause to charge CRUZ with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                _____
                GREGORY HOFFMAN
                Special Agent, FBI

Sworn to me via Telephone-FaceTime by the affiant in accordance with the requirements of Fed. R. Crim. P 4(d) and 4.1 on this ____ day of June 2024.

Bruce E. Reinhart
Digitally signed by Bruce E. Reinhart
Date: 2024.06.15 17:48:33 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Daniel Cruz

**Case No**:  24-8292-BER

Count #: 1

Bank Robbery, in violation of Title 18, United States Code, Section 2113(a)

* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.